Lonnie Edward COOK,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 48961.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 30, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 5, 1985.

Application to Transfer Denied
Aug. 7, 1985.

Daniel Anthony Beatty, Cape Girardeau, for movant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal of denial of post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

Quentin HUDSON, Appellant,

v.

HENDERSON MANUFACTURING COMPANY, INC. and Waycrosse, Inc., Respondents.

No. WD 36224.

Missouri Court of Appeals,
Western District.

April 30, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 2, 1985.

Application to Transfer Denied
Aug. 7, 1985.

John H. Norton, Patrick Beeman, Norton, Norton and Norton, Inc., Kansas City, for appellant.

Robert W. Spangler, John A. Ruth, Crouch, Crouch, Spangler & Douglas, Harrisonville, Tom Riley, Cedar Rapids, Iowa, for respondents.

Before NUGENT, P.J., and PRITCHARD and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from adverse jury verdict.

Judgment affirmed. Rule 84.16(b).